UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Edgar Lenear,

        Petitioner,

                                       ORDER ADOPTING THE
vs.                                    REPORT AND RECOMMENDATION

Daniel Ferrise,

       Respondent.              Civ. No. 04-5021 (DSD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter,

**IT IS ORDERED:**

That the Petition for a Writ of Habeas Corpus [Docket No. 1] is dismissed, with prejudice.

                                                      s/David S. Doty
                                                      David S. Doty, Judge
                                                      United States District Court

DATED: September 13, 2005
At Minneapolis, Minnesota